**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Miguel CAMARILLO–VASQUEZ,**
**Defendant–Appellant.**

No. 00–10293.

D.C. No. CR–99–00422–JBR/LRL.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001.[1]

Decided May 30, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM [2]

Miguel Camarillo–Vasquez appeals the judgment of conviction and 51–month sentence following his guilty plea to a single count of being a deported alien found in the United States in violation of 8 U.S.C. § 1326(a) and (b)(2). Camarillo–Vasquez contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court improperly imposed a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) because the government neither pled in the indictment nor established through the guilty plea that Camirillo–Vasquez had sustained a prior aggravated felony conviction. He also contends that *Apprendi* renders inapplicable *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense). These arguments are foreclosed by *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *as amended,* (Feb. 8, 2001), *cert. denied,* —— U.S. ——, 121 S.Ct. 1503, —— L.Ed.2d —— (2001). Accordingly, the sentence is affirmed.

We remand for the limited purpose of directing the district court to amend the judgment to reflect a conviction under 8 U.S.C. 1326(a) only. *See United States v. Herrera–Blanco,* 232 F.3d 715 (9th Cir. 2000) (sua sponte remanding to the district court with directions to correct the judgment of conviction to exclude a reference to 8 U.S.C. § 1326(b)(2)).

AFFIRMED in part and REMANDED in part.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

1. Warren's request for an initial hearing en banc is denied as untimely. *See* Fed. R.App. P. 35(c).

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4.

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.